**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JESSE JAMES ANDERSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-13-220-R** |
| | ) | |
| **JUSTIN JONES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Petitioner, a state prisoner appearing through counsel, filed this action pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Suzanne Mitchell for preliminary review. On March 15, 2013, Judge Mitchell issued a Report and Recommendation, wherein she recommended the petition be transferred to the United States District Court for the Eastern District of Oklahoma because Petitioner's state court conviction was in the District Court of Pontotoc County, which is located in the Eastern District of Oklahoma. The record reflects that Petitioner has not responded to the Report and Recommendation within the time limits prescribed therein, nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby adopted and the Clerk of Court is directed to transfer this action to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 8th day of April, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE